IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DENNIS LEROY CHAVEZ and
RAWHI FARAH,

      Plaintiffs,

v.                                                                                                                                                               No. 18cv193 KG/GBW

DENISE SANCHEZ, et al.,

      Defendants.

ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PF&RD") (Doc. 35), recommending that the Court dismiss Plaintiff Rawhi Farah from this lawsuit based on failure to prosecute and failure to comply with the Court's orders.

The Magistrate Judge filed his PF&RD recommending dismissal on April 17, 2019. (Doc. 35). Neither Plaintiff Farah nor any other party filed objections to the Magistrate Judge's PF&RD within the allotted time. Appellate review of these issues is therefore waived. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996). Failure to object to the PF&RD also waives the right to *de novo* review by the district court. *See id.* at 1060; *Thomas v. Arn*, 474 U.S. 140, 149–150 (1985). Nevertheless, the Court decided, *sua sponte*, to conduct a *de novo* review of the Magistrate Judge's findings in this case. *See One Parcel*, 73 F.3d at 1061. The Court hereby concurs with all of the factual and legal conclusions recited therein.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 35) are ADOPTED. Plaintiff Rawhi Farah is DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE