IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DENNIS LEROY CHAVEZ,

    Plaintiff,

v.                                                                                Civ. No. 18-193 KG/GBW

NEW MEXICO CORRECTIONS
DEPARTMENT, *et al.*,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND
## DISCOVERY AND PRETRIAL DEADLINES

THIS MATTER comes before the Court on Defendants' Unopposed Motion to Extend Discovery and Pretrial Deadlines. *Doc. 49.* The parties seek another extension of the deadlines previously extended in the Court's Order Extending Case Management Deadlines and Vacating Settlement Conference. *Doc. 40.* The Court, having considered the Motion, finds good cause to GRANT it. IT IS THEREFORE ORDERED that the scheduling deadlines in this case are modified as follows:

        Termination of Discovery:         March 27, 2020
        Dispositive Motion Deadline:      April 10, 2020

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE