IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DENNIS LEROY CHAVEZ,

    Plaintiff,

v.                                                                          Civ. No. 18-193 KG/GBW

NEW MEXICO CORRECTIONS
DEPARTMENT, *et al.*,

    Defendants.

## **ORDER GRANTING STAY ON FILING OF DISPOSITIVE MOTIONS**

THIS MATTER comes before the Court pursuant to the telephonic status conference held on November 25, 2019. *Doc. 47*. In light of the settlement conference scheduled for January 22, 2020, Plaintiff requested a stay on the filing of dispositive motions, to which Defendants had no objection. Therefore, the Court GRANTS Plaintiff's oral motion and hereby STAYS all dispositive motion briefing until completion of the settlement conference on **January 22, 2020**.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE